# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM BRANDON VILARDO,
INDIVIDUALLY, AND ON BEHALF
OF HIS MINOR DAUGHTER, C.V.

VERSUS

JOSEPH A. NEWMAN,
SOUTHEASTERN FREIGHT LINES,
INC., ACE AMERICAN INSURANCE
COMPANY, AND PROGRESSIVE
SECURITY INSURANCE COMPANY

NO.  2025 CW 0722

**JULY 24, 2025**

.

---

In Re:   Joseph A. Newman, Southeastern Freight Lines, Inc., and
         ACE American Insurance Company, applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. 740485.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

    **WRIT DENIED AS MOOT.**  The records of the district court show
that the motion to transfer filed by relators is set for hearing
on October 2, 2025 pursuant to an order signed by the district
court.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT